UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. |
| v. | MAG. NO. 12-3197 |
| NICHOLAS SYSOCK | ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court on the application of defendant, Nicholas Sysock, through his counsel, Carol Gillen, Esq., Assistant Federal Public Defender, and the United States, by David Eskew, Assistant United States Attorney, consenting, for an Order Modifying Conditions of Release, and for good cause shown,

IT IS ON THIS 10th day of May, 2013,

ORDERED that the Conditions of Release entered on October 25, 2012, are modified as follows:

1. *For Mother's Day on Sunday, May 12, 2013, Mr. Sysock may visit with his mother, Emily Sysock, at her home located at 1507 Bedford Street, Rahway, New Jersey, Phone Number: 732-381-7265 from the hours of 1p.m. - 7 p.m. Other adult friends and family may be present however, no children are to be present.*

2. *Upon prior notice to Pretrial Services, Mr. Sysock may visit with his mother, Emily Sysock, at her home located at 1507 Bedford Street, Rahway, New Jersey, Phone Number: 732-381-7265. No children are ever to be present at Emily Sysock's home while Mr. Sysock is visiting.*

It is further ORDERED that all other Release Conditions remain in full force and effect.

_____
HONORABLE Lois H. Goodman
United States Magistrate Judge

Consented to:

_____
David Eskew, A.U.S.A.

_____
Carol Gillen, A.F.P.D.